Opinion by Mr. PRESIDING JUSTICE BURKE.

Jerome J. Roberts, of Jenner & Block, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Frederic I. Chaimson, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL H. SMITH, Defendant-Appellant.

(No. 57370;

First District (1st Division)—August 13, 1973.

PER CURIAM.
BURKE, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Jonathan B. Gilbert, and John F. Brennan, Assistant State's Attorneys, of counsel,) for the People.